# EXHIBIT D-1

3/4/2026 9:52 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 111977489
By: Patricia Jones
Filed: 3/4/2026 9:52 AM

CAUSE NO. _____

| | | |
|---|---|---|
| MARK PERKINS | § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| NTAF PARTNERS, LTD., TECHTRONIC | § | |
| INDUSTRIES CO. LTD., TECHTRONIC | § | |
| INDUSTRIES NORTH AMERICA, INC., | § | |
| TECHTRONIC INDUSTRIES FACTORY | § | |
| OUTLETS, INC., AND RYOBI | § | |
| SYSTEMS CO. LTD. | § | |
| *Defendants.* | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiff Mark Perkins ("***Plaintiff***") files this Original Petition against Defendants NTAF Partners, Ltd., Techtronic Industries Co., LTD. ("***Techtronic***"), Techtronic Industries North America, Inc. ("***Techtronic NA***"), Techtronic Industries Factory Outlets, Inc., ("***Techtronic Factory***") and Ryobi Systems, Co. Ltd. ("***Ryobi***", collectively "***Defendants***").

### DISCOVERY LEVEL

1. Pursuant to the Texas Rules of Civil Procedure, Plaintiff intends to conduct discovery under Discovery Control Plan Level 2.

### PARTIES

2. Plaintiff Mark Perkins is an individual residing in Harris County, Texas. Plaintiff may be served through the undersigned counsel.

3. Defendant NTAF Partners, Ltd. is a Texas limited partnership subject to this Court's jurisdiction. Defendant NTAF Partners, Ltd. may be served through its registered

Certified Document Number: 125430510 - Page 1 of 12

agent, Frank A. Mease, Jr., at 13718 Lowell Tomball, TX 77377. Plaintiff requests issuance to Defendant NTAF Partners, Ltd.

4. Defendant Techtronic Industries Co., Ltd. is a foreign corporation and may be served at its headquarters 29/F, Tower 2 Kowloon Commerce Centre, 51 Kwai Cheong Road, Kwai Chung, New Territories, Hong Kong, China. Techtronic operates through American subsidiaries and does substantial business in the United States.

5. Defendant Techtronic Industries North America, Inc. is a Delaware corporation and may be served through its registered agent Corporation Service Company at 251 Little Falls Drive, Wilmington, Delaware, 19808. Plaintiff requests issuance of citation to Defendant.

6. Defendant Techtronic Industries Factory Outlets, Inc. is a Delaware corporation and may be served through its registered agent Corporation Service Company at 251 Little Falls Drive, Wilmington, Delaware, 19808. Plaintiff requests issuance of citation to Defendant.

7. Defendant Ryobi Systems Co., Ltd. is a foreign corporation and may be served through its registered agent Registered Agents Inc. at 5900 Balcones Drive Suite 100, Austin, TX 78731. Plaintiff requests issuance of citation to Defendant.

## MISNOMER/ALTER EGO

8. In the event any parties are misnamed or are not included herein, it is Plaintiff's contention that such was a "misnomer" and/or such parties are/were "alter egos" of parties named herein. Alternatively, Plaintiff contends that such "corporate veils" should be pierced to hold such parties properly included in the interest of justice.

## JURISDICTION & VENUE

9. Jurisdiction is proper in this Court because the amount-in-controversy is within the jurisdictional limits of this Court. Plaintiff seeks monetary relief of more than $1,000,000,

Certified Document Number: 125430510 - Page 2 of 12

including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney's fees.

10.    Venue is proper in this Court because a substantial part of the acts or omissions giving rise to Plaintiff's claims occurred in this county.

## FACTS

11.    On or about the night of September 2, 2024, Plaintiff was loading a Ryobi RY401018 40V Brushless Lawn Mower ("***Subject Lawn Mower***") into a vehicle. The handle of the Subject Lawn Mower was folded over and not in the operating position.

12.    Plaintiff grabbed the hub of the lawn mower with his right hand while he grabbed the top of the lawn mower with his left hand to pick up the Subject Lawn Mower.

13.    The Subject Lawn Mower should not start while the handle is folded over. This is stated in the manual for the Subject Lawn Mower.

14.    As Plaintiff lifted the Subject Lawn Mower, the blades activated. There was no mechanism to prevent it from turning on. Plaintiff felt something strike his right hand but could not see his hand in the dark. When Plaintiff got in his vehicle and began to drive, Plaintiff felt that his hand was wet. Plaintiff turned on the light in his car and saw the severe lacerations to his hand.

15.    Plaintiff went to emergency care where he received treatment from a hand specialist over several days.

*16.*    The lawn mower caused severe damage to Plaintiff's right hand, requiring partial amputation and sutures.

17.    Ryobi manufactured the Subject Lawn Mower yet failed to provide adequate and proper warnings regarding its use—thereby rendering the Subject Lower Mower

Certified Document Number: 125430510 - Page 3 of 12

unreasonably dangerous. In addition, the Subject Lower Mower was defectively designed by Ryobi, as further detailed herein, and such defects rendered it unreasonably dangerous to users, operators, bystanders, and other persons in the proximity of the Subject Lawn Mower.

18.     No facts suggest that anything Plaintiff did or failed to do in any way caused or contributed to the resulting damages.

19.     On information and belief, Defendant Ryobi is a subsidiary of Defendant Techtronic Industries, and Defendants Techtronic, Techtronic NA, and Techtronic Factories all maintained operational control over the design, manufacturing, and warnings related to the Subject Lawn Mower.

20.     On information and belief, Defendant NTAF Partners, Ltd. sold the Subject Lawn Mower to Plaintiff.

21.     As a result of the incident, Plaintiff suffered catastrophic bodily injuries and serious loss for which he seeks redress.

## CAUSES OF ACTION AGAINST DEFENDANT RYOBI SYSTEMS CO. LTD.

**A.     Design Defect**

22.     Plaintiff incorporates all prior paragraphs of this petition here.

23.     At all relevant times, Defendant Ryobi was engaged in the business of designing, manufacturing, marketing, distributing, assembling, selling, and/or otherwise intentionally placing lawn mower equipment into the stream of commerce and directing lawn mower equipment into Texas, including the Subject Lawn Mower that proximately caused Plaintiff's catastrophic injuries.

24.     The design defects of the Subject Lawn Mower include, but are not limited to, the following:

a. The Subject Lawn Mower turned on while the handle assembly was not in the operating position;

b. The Subject Lawn Mower failed to provide adequate and safe means to ensure it would not turn on when the handle assembly was not in the operating position;

c. The Subject Lawn Mower failed to provide adequate guarding to protect operators from blades when handling the Subject Lawn Mower;

d. The Subject Lawn Mower lacked visual and/or audio warning signals to adequately warn operators that the Subject Lawn Mower could turn on;

e. The Subject Lawn Mower lacked safety features to prevent accidental activation;

f. The Subject Lawn Mower was designed and manufactured without a switch and/or device that would prevent the equipment from running when the handle was not in the operating position;

g. There was a foreseeable risk that the Subject Lawn Mower would cause any operator handling the lawn mower to be dangerously close to the blades while the handle assembly is not in the operating position;

h. There was a foreseeable risk that an operator handling the subject lawn mower while the handle assembly is not in the operating position would be injured by blades of the Subject Lawn Mower;

i. The risk could have been reduced or avoided with a safer alternative design;

j. Ryobi did not adopt a safer alternative design; and

k. The failure of Ryobi to adopt a safer alternative design rendered the Subject Lawn Mower unreasonably dangerous.

25.     Therefore, the Subject Lawn Mower was defectively designed, manufactured, tested, supplied, installed, and sold, thereby making the Subject Lawn Mower unreasonably dangerous.

26.     The defective design, manufacture, testing, supply, and sale of the Subject Lawn Mower both directly and proximately caused Plaintiff's catastrophic injuries.

Certified Document Number: 125430510 - Page 5 of 12

27. Ryobi's failure to use a safer alternative design was reckless, willful, wanton, heedless, and in flagrant disregard of public safety. Therefore, Plaintiff is entitled to recover actual and punitive and/or exemplary damages in an amount to be determined by the jury.

**B.    Marketing Defect/Failure to Warn**

28. Plaintiff incorporates all prior paragraphs of this petition here.

29. Defendant Ryobi failed to give adequate and proper warnings and instructions regarding the dangers and hazards associated with the Subject Lawn Mower, and such failures rendered the Subject Lawn Mower defective and unreasonably dangerous.

30. Among other things, Defendant Ryobi failed to warn purchasers, users, and/or operators of:

a. The dangers associated with placing hands inside the hub of the Subject Lawn Mower while the handle assembly is not in the operating position;

b. The dangers associated with handling the Subject Lawn Mower when the handle is not in the operating position; and

c. The dangers associated with faulty safety mechanisms allowing the Subject Lawn Mower to turn on when the handle is not in the operating position.

31. Ryobi's failure to give adequate and proper warnings and its faulty marketing rendered the Subject Lawn Mower unreasonably dangerous and proximately caused the underlying incident and Plaintiff's resulting damages.

**C.    Manufacturing Defect**

32. Plaintiff incorporates all prior paragraphs of this petition here.

33. The Subject Lawn Mower was defectively manufactured, and such defects rendered the Subject Lawn Mower unreasonably dangerous to users, operators, bystanders, and other persons in the proximity of the Subject Lawn Mower. Ryobi was negligent, grossly

Certified Document Number: 125430510 - Page 6 of 12

negligent, and the Subject Lawn Mower and/or its components were defective and unreasonably dangerous because of, among other things:

    a.  Failure to properly manufacture the Subject Lawn Mower and/or its components;

    b.  Using faulty components;

    c.  Deviation from expected and/or promised quality, specifications, and/or performance, including of other mass labeled siblings; and

    d.  Failing to properly manufacture, design, construct, fabricate, produce, and or assemble the Subject Lawn Mower;

34.    Therefore, the Subject Lawn Mower was defectively designed, manufactured, tested, distributed, and sold, making the Subject Lawn Mower unreasonably dangerous.

35.    The defective manufacturing, design, testing, distribution, sale, and supply of the Subject Lawn Mower both directly and proximately caused Plaintiff's catastrophic injuries.

36.    Ryobi's failure to properly manufacture the Subject Lawn Mower was reckless, willful, wanton, heedless, and in flagrant disregard of public safety. Therefore, Plaintiff is entitled to recover actual and punitive and/or exemplary damages in an amount to be determined by the trier of fact.

## CAUSES OF ACTION AGAINST ALL DEFENDANTS

### A. Negligence and Gross Negligence

37.    Plaintiff incorporates all prior paragraphs of this petition here.

38.    Defendants failed to use ordinary care by various acts and/or omissions including, but not limited to the following:

    a.  Failing to adequately inspect the Subject Lawn Mower in a reasonable manner;

Certified Document Number: 125430510 - Page 7 of 12

b. Failing to ensure the Subject Lawn Mower was reasonably safe to operate or sell to customers;

c. Failing to adequately communicate the hazards of the Subject Lawn Mower;

d. Failing to adequately warn of the dangerous condition of the Subject Lawn Mower;

e. Disregarding an extreme risk of harm by failing to adequately inspect the Subject Lawn Mower for hazardous conditions;

f. Disregarding the safety of operators, users, and bystanders in the vicinity of the Subject Lawn Mower; and

g. Other acts and/or omissions deemed negligent and grossly negligent.

39.     Each and all of the above and foregoing acts, both of omission and commission, singularly or in combination with others, constituted negligence

40.     At the time and occasion in question, Defendants Techtronic, Techtronic NA, Techtronic Factory, and Ryobi, including their agents, servants, and employees for whose acts they are responsible, were negligent in marketing, designing, manufacturing, installing, selling, maintaining, and/or supplying of the Subject Lawn Mower.

41.     Defendants' negligence is both a cause-in-fact and proximate cause of Plaintiff's damages.

42.     When viewed objectively from the standpoint of all Defendants at the time of the occurrence, their conduct involved an extreme degree of risk, considering the probability and magnitude of harm to others. Defendants had actual, subjective awareness of this extreme risk, but nevertheless proceeded with conscious disregard to the rights, safety, and welfare of others, including Plaintiff. Plaintiff is therefore entitled to recover exemplary damages

Certified Document Number: 125430510 - Page 8 of 12

pursuant to Texas Civil Practices and Remedies Code § 41.001 *et seq.,* in an amount deemed proper by the jury.

## DAMAGES

43.    Plaintiff's damages include, inter alia, injuries to his right hand, and other parts of his body, which resulted in severe pain, physical impairment, discomfort, mental anguish, distress, and other medical problems.

44.    Plaintiff has incurred medical expenses, and is likely to incur future medical expenses, for the treatment of injuries caused by Defendants' negligence.

45.    Therefore, Plaintiff brings suit for the following damages:

  (1) past and future medical expenses;

  (2) past and future physical pain and suffering;

  (3) past and future mental anguish;

  (4) past and future physical impairment;

  (5) past and future disfigurement;

  (6) past and future lost wages and lost earning capacity; and

  (7) exemplary damages.

## REQUIRED INITIAL DISCLOSURES

46.    Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Defendants are required to disclose, within thirty (30) days of filing an Answer, the information and materials described in Rule 194.2.

## TEXAS RULE OF EVIDENCE 609(f) REQUEST

47.    Plaintiff requests that Defendants, pursuant to Texas Rule of Evidence 609(f), give Plaintiff sufficient advanced written notice of any Defendant's intent to use evidence of

Certified Document Number: 125430510 - Page 9 of 12

a conviction of a crime under Rule 609(f) against any party or witness in this case, with failure to do so resulting in inadmissibility of the same.

## TEXAS RULE OF CIVIL PROCEDURE 193.7 NOTICE

48.     Pursuant to Texas Rule of Civil Procedure 193.7, Plaintiff may enter into evidence at the trial or at any other proceeding during the pendency of this matter all documents produced to Plaintiff in response to discovery requests.

## RESERVATIONS

49.     Plaintiff reserves the right to assert or re-assert any claim, cause of action, or theory of liability or damages against any party, notwithstanding the filing of any amended or supplemental pleading. The filing of any subsequent pleadings as "amended" or "supplemental" shall not convey that Plaintiff has intended to abandon, waive, or non-suit any party, claim, cause of action, or theory of liability or damages, unless expressly stated therein.

## DEMAND FOR JURY TRIAL

50.     Plaintiff demands a trial by jury on all claims.

## PRAYER

Plaintiff prays that Defendants be cited to appear herein and, after a trial on the merits, that the Court enter judgment awarding Plaintiff actual damages and additional damages as allowed by law, costs of court, pre- and post-judgment interest to the maximum extent as allowed by law, and all such other and further relief, both general and special, at equity and at law, to which Plaintiff may be justly entitled.

*[Signature on Following Page]*

Certified Document Number: 125430510 - Page 10 of 12

Respectfully submitted,

**ARMSTRONG LEE & BAKER LLP**

By: */s/ Ryan T. Wagner*
  Scott P. Armstrong
  State Bar No. 24092050
  Ryan T. Wagner
  State Bar No. 24127319
  Hannah L. Bowersmith
  State Bar No. 24142695
2800 North Loop West, Ste. 900
Houston, Texas 77092
Telephone:  (832) 709-1124
Facsimile:   (832) 709-1125
sarmstrong@armstronglee.com
rwagner@armstronglee.com
hbowersmith@armstronglee.com
service@armstronglee.com
**Attorneys for Plaintiff**

Certified Document Number: 125430510 - Page 11 of 12

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Cindy Ibarra on behalf of Ryan Wagner
Bar No. 24127319
cibarra@armstronglee.com
Envelope ID: 111977489
Filing Code Description: Petition
Filing Description: Plaintiff's Original Petition
Status as of 3/4/2026 10:32 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ryan T.Wagner | | rwagner@armstronglee.com | 3/4/2026 9:52:26 AM | SENT |
| Armstrong Lee & Baker LLP Service | | service@armstronglee.com | 3/4/2026 9:52:26 AM | SENT |
| Hannah Bowersmith | | hbowersmith@armstronglee.com | 3/4/2026 9:52:26 AM | SENT |
| Scott Armstrong | | sarmstrong@armstronglee.com | 3/4/2026 9:52:26 AM | SENT |

Certified Document Number: 125430510 - Page 12 of 12



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 6, 2026

Certified Document Number:        125430510 Total Pages:  12

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# EXHIBIT D-2

3/4/2026 9:52:26 AM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 111977489
By: JONES, PATRICIA D
Filed: 3/4/2026 9:52:26 AM

# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

**CASE NUMBER:** _____    **CURRENT COURT:** _____

**Name(s) of Documents to be served:** Original Petition

**FILE DATE:** March 4, 2026    Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** NTAF Partners, Ltd.

**Address of Service:** 13718 Lowell

**City, State & Zip:** Tomball, TX 77377

**Agent (if applicable)** Frank A. Mease, Jr.

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [ ] **Citation**  [ ] **Citation by Posting**  [ ] **Citation by Publication**  [ ] **Citations Rule 106 Service**
- [ ] **Citation Scire Facias**    **Newspaper** _____
- [ ] **Temporary Restraining Order**  [ ] **Precept**  [ ] **Notice**
- [ ] **Protective Order**
- [ ] **Secretary of State Citation ($12.00)**  [ ] **Capias (not an E-Issuance)**  [ ] **Attachment**
- [ ] **Certiorari**  [ ] **Highway Commission ($12.00)**
- [ ] **Commissioner of Insurance ($12.00)**  [ ] **Hague Convention ($16.00)**  [ ] **Garnishment**
- [ ] **Habeas Corpus**  [ ] **Injunction**  [ ] **Sequestration**
- [ ] **Subpoena**
- [ ] **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** *(check one)*:
- [ ] **ATTORNEY PICK-UP (phone)** _____
- [ ] **MAIL to attorney   at:** _____
- [ ] **CONSTABLE**
- [ ] **CERTIFIED MAIL by District Clerk**
- [x] **E-Issuance by District Clerk**
  **(No Service Copy Fees Charged)**
  *Note:* The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [ ] **CIVIL PROCESS SERVER - Authorized Person to Pick-up:** _____    Phone: _____

- [ ] **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: _____    Bar # or ID _____

**Mailing Address:** 2800 N. Loop W., Ste. 900, Houston, TX 77092

**Phone Number:** 832-709-1124

Certified Document Number: 125430511 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   April 6, 2026

Certified Document Number:        125430511 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# EXHIBIT D-3

# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

**CASE NUMBER:** 2026-14660     **CURRENT COURT:** 270th

**Name(s) of Documents to be served:** Original Petition

**FILE DATE:** March 4, 2026     Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** Techtronic Industries North America

Address of Service: 251 Little Falls Drive

City, State & Zip: Wilmington, Delaware, 19808

Agent (if applicable) Corporation Service Company

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

[X] **Citation**     [ ] **Citation by Posting**     [ ] **Citation by Publication**     [ ] **Citations Rule 106 Service**

[ ] **Citation Scire Facias**          **Newspaper**_____

[ ] **Temporary Restraining Order**     [ ] **Precept**     [ ] **Notice**

[ ] **Protective Order**

[ ] **Secretary of State Citation ($12.00)**     [ ] **Capias (not an E-Issuance)**     [ ] **Attachment**

[ ] **Certiorari**          [ ] **Highway Commission ($12.00)**

[ ] **Commissioner of Insurance ($12.00)**     [ ] **Hague Convention ($16.00)**     [ ] **Garnishment**

[ ] **Habeas Corpus**          [ ] **Injunction**     [ ] **Sequestration**

[ ] **Subpoena**

[ ] **Other (Please Describe)** _____

(See additional Forms for Post Judgment Service)

**SERVICE BY** *(check one)*:
[ ] **ATTORNEY PICK-UP (phone)** _____     [✓] **E-Issuance by District Clerk**
[ ] **MAIL to attorney at:** _____          **(No Service Copy Fees Charged)**
[ ] **CONSTABLE**     *Note*: The email registered with EfileTexas.gov must be
[ ] **CERTIFIED MAIL by District Clerk**     used to retrieve the E-Issuance Service Documents.
                    Visit www.hcdistrictclerk.com for more instructions.

[ ] **CIVIL PROCESS SERVER - Authorized Person to Pick-up:** _____     Phone: _____

[ ] **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: Scott P. Armstrong     Bar # or ID 24092050

Mailing Address: 2800 N. Loop W., Ste. 900, Houston, TX 77092

Phone Number: 832-709-1124

# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

### Request for Issuance of Service

**CASE NUMBER:** 2026-14660    **CURRENT COURT:** 270th

**Name(s) of Documents to be served:** Original Petition

**FILE DATE:** March 4, 2026    Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** Techtronic Industries Factory Outlets, Inc.

Address of Service: 251 Little Falls Drive

City, State & Zip: Wilmington, Delaware, 19808

Agent (if applicable) Corporation Service Company

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [X] **Citation**
- [ ] **Citation by Posting**
- [ ] **Citation by Publication**
- [ ] **Citations Rule 106 Service**
- [ ] **Citation Scire Facias**    Newspaper_____
- [ ] **Temporary Restraining Order**
- [ ] **Precept**
- [ ] **Notice**
- [ ] **Protective Order**
- [ ] **Secretary of State Citation ($12.00)**
- [ ] **Capias (not an E-Issuance)**
- [ ] **Attachment**
- [ ] **Certiorari**
- [ ] **Highway Commission ($12.00)**
- [ ] **Commissioner of Insurance ($12.00)**
- [ ] **Hague Convention ($16.00)**
- [ ] **Garnishment**
- [ ] **Habeas Corpus**
- [ ] **Injunction**
- [ ] **Sequestration**
- [ ] **Subpoena**
- [ ] **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** *(check one)*:
- [ ] **ATTORNEY PICK-UP (phone)** _____
- [ ] **MAIL to attorney at:** _____
- [ ] **CONSTABLE**
- [ ] **CERTIFIED MAIL by District Clerk**
- [x] **E-Issuance by District Clerk**
  **(No Service Copy Fees Charged)**
  *Note*: The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [ ] **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____    Phone: _____

- [ ] **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: Scott P. Armstrong    Bar # or ID 24092050

Mailing Address: 2800 N. Loop W., Ste. 900, Houston, TX 77092

Phone Number: 832-709-1124

Certified Document Number: 125092 - Page 2 of 4

# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

### Request for Issuance of Service

**CASE NUMBER:** 2026-14660　　　**CURRENT COURT:** 270th

**Name(s) of Documents to be served:** Original Petition

**FILE DATE:** March 4, 2026　　Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** Ryobi Systems Co., Ltd.

Address of Service: 5900 Balcones Drive, Ste. 100

City, State & Zip: Austin, TX 78731

Agent (if applicable) Registered Agents Inc.

**TYPE OF SERVICE/PROCESS TO BE ISSUED**: (Check the proper Box)

- [X] **Citation**　[ ] **Citation by Posting**　[ ] **Citation by Publication**　[ ] **Citations Rule 106 Service**
- [ ] **Citation Scire Facias**　　**Newspaper** _____
- [ ] **Temporary Restraining Order**　[ ] **Precept**　[ ] **Notice**
- [ ] **Protective Order**
- [ ] **Secretary of State Citation ($12.00)**　[ ] **Capias (not an E-Issuance)**　[ ] **Attachment**
- [ ] **Certiorari**　　[ ] **Highway Commission ($12.00)**
- [ ] **Commissioner of Insurance ($12.00)**　[ ] **Hague Convention ($16.00)**　[ ] **Garnishment**
- [ ] **Habeas Corpus**　[ ] **Injunction**　[ ] **Sequestration**
- [ ] **Subpoena**
- [ ] **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY (check one):**
- [ ] **ATTORNEY PICK-UP (phone)** _____
- [ ] **MAIL to attorney at:** _____
- [ ] **CONSTABLE**
- [ ] **CERTIFIED MAIL by District Clerk**

- [✓] **E-Issuance by District Clerk**
　　**(No Service Copy Fees Charged)**
*Note*: The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [ ] **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____　Phone: _____

- [ ] **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: Scott P. Armstrong　Bar # or ID 24092050

Mailing Address: 2800 N. Loop W., Ste. 900, Houston, TX 77092

Phone Number: 832-709-1124

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Cindy Ibarra on behalf of Ryan Wagner
Bar No. 24127319
cibarra@armstronglee.com
Envelope ID: 112244636
Filing Code Description: Request
Filing Description: Harris County Civil Process Request Forms 3ds
Status as of 3/10/2026 3:37 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Scott Armstrong | | sarmstrong@armstronglee.com | 3/10/2026 3:19:57 PM | SENT |
| Armstrong Lee & Baker LLP Service | | service@armstronglee.com | 3/10/2026 3:19:57 PM | SENT |
| Ryan T.Wagner | | rwagner@armstronglee.com | 3/10/2026 3:19:57 PM | SENT |
| Hannah Bowersmith | | hbowersmith@armstronglee.com | 3/10/2026 3:19:57 PM | SENT |



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 6, 2026

Certified Document Number:        125540592 Total Pages:  4

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

# EXHIBIT D-4

3/10/2026 9:35 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 112214157
By: Shannon North-Gonzalez
Filed: 3/10/2026 9:35 AM

## CAUSE NO. 2026-14660

| | | |
|---|---|---|
| MARK PERKINS<br>**PLAINTIFF** | §<br>§<br>§ | |
| VS. | §<br>§ | IN THE 270TH DISTRICT COURT |
| NTAF PARTNERS, LTD, ET AL<br>**DEFENDANT** | §<br>§<br>§<br>§<br>§<br>§<br>§ | HARRIS COUNTY, TX |

### RETURN OF SERVICE

**On Wednesday, March 4, 2026 AT 3:10 PM**, CITATION, PLAINTIFF'S ORIGINAL PETITION for service on NTAF PARTNERS LTD (A TEXAS LIMITED PARTNERSHIP) C/O REGISTERED AGENT FRANK A MEASE JR came to hand.

**On Monday, March 9, 2026 AT 5:00 PM, I, Catherine Leigh Schubert, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** NTAF PARTNERS LTD (A TEXAS LIMITED PARTNERSHIP) C/O REGISTERED AGENT FRANK A MEASE JR, 13718 LOWELL, TOMBALL, HARRIS COUNTY, TX 77377.

My name is Catherine Leigh Schubert. My e-mail address is info@easy-serve.com. I am at least 18 years old. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Harris County, Texas on Tuesday, March 10, 2026.

*Catherine Leigh Schubert*

Catherine Leigh Schubert
1201 Louisiana Street, Suite 370
Houston, TX 77002

JBCC Registration# PSC-16221 expires March 31, 2027

Perkins, Mark

Doc ID: 347730_1

Certified Document Number: 125527134 - Page 1 of 2

Receipt Number: 1059673
Tracking Number: 74619226

EML
**COPY OF PLEADING PROVIDED BY PLT**

CAUSE NUMBER: 202614660

---

PLAINTIFF: PERKINS, MARK                           In the 270th Judicial

vs.                                                District Court of

DEFENDANT: NTAF PARTNERS LTD                       Harris County, Texas

---

CITATION

THE STATE OF TEXAS
County of Harris

TO: NTAF PARTNERS LTD (A TEXAS LIMITED PARTNERSHIP) MAY BE SERVED THROUGH ITS
REGISTERED AGENT FRANK A MEASE JR

13718 LOWELL

TOMBALL TX 77377

    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on March 4, 2026, in the above numbered and styled cause on
the docket in the above Judicial District Court of Harris County, Texas, in the
courthouse in the City of Houston, Texas. The instrument attached describes the claim
against you.

    YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not
file a written answer with the District Clerk who issued this citation by 10:00 a.m.
on the Monday next following the expiration of twenty days after you were served this
citation and petition, a default judgment may be taken against you.  In addition to
filing a written answer with the clerk, you may be required to make initial
disclosures to the other parties of this suit.  These disclosures generally must be
made no later than 30 days after you file your answer with the clerk.  Find out more
at TexasLawHelp.org.

    ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this
March 4, 2026.



*Marilyn Burgess*

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002


Generated By: PATRICIA JONES

Issued at request of:
WAGNER, RYAN THOMAS
2800 NORTH LOOP WEST, STE. 900
HOUSTON, TX  77092
832-709-1124
Bar Number: 24127319

Certified Document Number: 125527134 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   April 6, 2026

Certified Document Number:        125527134 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# EXHIBIT D-5

Marilyn Burgess - District Clerk Harris County
Envelope No. 112341151
By: Shannon North-Gonzalez
Filed: 3/12/2026 12:04 PM

## CAUSE NO. 2026-14660

| | | |
|---|---|---|
| MARK PERKINS<br>**PLAINTIFF** | §<br>§<br>§ | |
| VS. | §<br>§ | IN THE 270TH DISTRICT COURT |
| NTAF PARTNERS LTD, ET AL<br>**DEFENDANT** | §<br>§<br>§<br>§<br>§<br>§<br>§ | HARRIS COUNTY, TX COUNTY, TEXAS |

### RETURN OF SERVICE

**On Wednesday, March 11, 2026 AT 4:03 PM** CITATION, PLAINTIFF'S ORIGINAL PETITION for service on TECHTRONIC INDUSTRIES NORTH AMERICA, INC (A DELAWARE CORPORATION) C/O REGISTERED AGENT CORPORATION SERVICE COMPANY came to hand.

**On Thursday, March 12, 2026 AT 12:30 PM, I, Lisa Joyner, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** TECHTRONIC INDUSTRIES NORTH AMERICA, INC (A DELAWARE CORPORATION) C/O REGISTERED AGENT CORPORATION SERVICE COMPANY, by delivering to Lynanne Gares, 251 LITTLE FALLS DRIVE, WILMINGTON, NEW CASTLE COUNTY, DE 19808.

My name is Lisa Joyner. My e-mail address is info@easy-serve.com. I am at least 18 years old. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in New Castle COUNTY, Delaware on Thursday, March 12, 2026.

*Lisa Joyner*

Lisa Joyner
230 N. MARKET ST
WILMINGTON, DE 19801

Perkins, Mark

Doc ID: 348082_3

Certified Document Number: 125577898 - Page 1 of 2

CAUSE NO. 202614660

COPY OF PLEADING PROVIDED BY PLT

RECEIPT No. 1088226
EML  TR# 74622468

| | |
|---|---|
| Plaintiff: | In The 270th |
| PERKINS, MARK | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| NTAF PARTNERS LTD | Houston, Texas |

CITATION (NON-RESIDENT CORPORATE)

THE STATE OF TEXAS
County of Harris

To:   TECHTRONIC INDUSTRIES NORTH AMERICA INC (A DELAWARE CORPORATION) BY SERVING THROUGH
ITS REGISTERED AGENT CORPORATION SERVICES COMPANY
251 LITTLE FALLS DRIVE, WILMINGTON DE 19808

     Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on March 4, 2026 in the above cited cause number and court.  The
instrument attached describes the claim against you.

     YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your Attorney do not file
a written answer with the District Clerk who issued this citation by 10:00 a.m. on the
Monday next following the expiration date of 20 days after you were served this citation and
petition, a default judgment may be taken against you.  In addition to filing a written
answer with the clerk, you may be required to make initial disclosures to the other parties
of this suit.  These disclosures generally must be made no later than 30 days after you file
your answer with the clerk.  Find out more at TexasLawHelp.org.

TO OFFICER SERVING:

     This citation was issued on March 11, 2026, under my hand and seal of said court.



_Marilyn Burgess_

Marilyn Burgess, District Clerk

Harris County, Texas

201 CAROLINE, Houston, TX 77002
(PO Box 4651, Houston, TX
77210)

<u>Issued at the request of:</u>

ARMSTRONG, SCOTT PARKER
2800 NORTH LOOP WEST STE. 900
HOUSTON, TX  77092
832-709-1124
Bar Number: 24092050

Generated By: WANDA CHAMBERS

Certified Document Number: 125577898 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 6, 2026

Certified Document Number:        125577898 Total Pages: 2

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# EXHIBIT D-6

3/12/2026 11:31 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 112338293
By: Shannon North-Gonzalez
Filed: 3/12/2026 11:31 AM

## CAUSE NO. 2026-14660

| | | |
|---|---|---|
| MARK PERKINS<br>**PLAINTIFF** | §<br>§<br>§ | |
| VS. | §<br>§ | IN THE 270TH DISTRICT COURT |
| NTAF PARTNERS LTD, ET AL<br>**DEFENDANT** | §<br>§<br>§<br>§<br>§<br>§<br>§ | HARRIS COUNTY, TX |

### RETURN OF SERVICE

**On Wednesday, March 11, 2026 AT 3:16 PM**, CITATION, PLAINTIFF'S ORIGINAL PETITION for service on RYOBI SYSTEMS CO., LTD. (A FOREIGN CORPORATION) C/O REGISTERED AGENT REGISTERED AGENTS INC came to hand.

**On Thursday, March 12, 2026 AT 10:05 AM, I, Donna Kay Flynn, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** RYOBI SYSTEMS CO., LTD. (A FOREIGN CORPORATION) C/O REGISTERED AGENT REGISTERED AGENTS INC, by delivering to Jessica Patton, 5900 BALCONES DRIVE SUITE 100, AUSTIN, TRAVIS COUNTY, TX 78731.

My name is Donna Kay Flynn. My e-mail address is info@easy-serve.com. I am at least 18 years old. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Travis County, Texas on Thursday, March 12, 2026.

*Donna Kay Flynn*

Donna Kay Flynn
6718 Silvermine Dr #1502
Austin, TX 78736

JBCC Registration# PSC-23981 expires February 28, 2028

Perkins, Mark

Doc ID: 348082_1

Certified Document Number: 125575695 - Page 1 of 2

CAUSE NO. 202614660

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 1088226

EML   TRACKING NO: 74622471

| | |
|---|---|
| Plaintiff: | In The 270th |
| PERKINS, MARK | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| NTAF PARTNERS LTD | Houston, Texas |

### CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

**To:   RYOBI SYSTEMS CO LTD (A FOREIGN CORPORATION) BY SERVING THROUGH ITS REGISTERED AGENT REGISTERED AGENTS INC**
**5900 BALCONES DRIVE SUITE 100, AUSTIN TX 78731**

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on March 4, 2026 in the above cited cause number and court.  The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.**  You may employ an attorney.  If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

This citation was issued on March 11, 2026, under my hand and seal of said court.

Issued at the request of:

ARMSTRONG, SCOTT PARKER
2800 NORTH LOOP WEST STE. 900

HOUSTON, TX  77092
832-709-1124
Bar Number: 24092050



Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE      Houston   Texas
77002
(PO Box 4651, Houston, Texas 77210)

Generated By:WANDA CHAMBERS

Certified Document Number: 125575695 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 6, 2026

Certified Document Number:        125575695 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# EXHIBIT D-7

3/12/2026 12:04 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 112341134
By: Shannon North-Gonzalez
Filed: 3/12/2026 12:04 PM

### CAUSE NO. 2026-14660

| | | |
|---|---|---|
| MARK PERKINS<br>**PLAINTIFF** | §<br>§<br>§ | |
| VS. | §<br>§ | IN THE 270TH DISTRICT COURT |
| NTAF PARTNERS LTD, ET AL<br>**DEFENDANT** | §<br>§<br>§<br>§<br>§<br>§ | HARRIS COUNTY, TX COUNTY, TEXAS |

### RETURN OF SERVICE

**On Wednesday, March 11, 2026 AT 4:22 PM** CITATION, PLAINTIFF'S ORIGINAL PETITION for service on TECHTRONIC INDUSTRIES FACTORY OUTLETS INC. (A DELAWARE CORPORATION) C/O REGISTERED AGENT CORPORATION SERVICE COMPANY came to hand.

**On Thursday, March 12, 2026 AT 12:30 PM, I, Lisa Joyner, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** TECHTRONIC INDUSTRIES FACTORY OUTLETS INC. (A DELAWARE CORPORATION) C/O REGISTERED AGENT CORPORATION SERVICE COMPANY, by delivering to Lynanne Gares, 251 LITTLE FALLS DR., WILMINGTON, NEW CASTLE COUNTY, DE 19808

My name is Lisa Joyner. My e-mail address is info@easy-serve.com. I am at least 18 years old. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in New Castle COUNTY, Delaware on Thursday, March 12, 2026.

*Lisa Joyner*

Lisa Joyner
230 N. MARKET ST
WILMINGTON, DE 19801

Perkins, Mark

Doc ID: 348082_2

Certified Document Number: 125577862 - Page 1 of 2

CAUSE NO. 202614660

COPY OF PLEADING PROVIDED BY PLT

RECEIPT No. 1088226
EML   TR# 74622470

| | |
|---|---|
| Plaintiff:<br>PERKINS, MARK<br>vs.<br>Defendant:<br>NTAF PARTNERS LTD | In The 270th<br>Judicial District Court of<br>Harris County, Texas<br>201 CAROLINE<br>Houston, Texas |

CITATION (NON-RESIDENT CORPORATE)

THE STATE OF TEXAS
County of Harris

To:   TECHTRONIC INDUSTRIES FACTORY OUTLETS INC (A DELAWARE CORPORATION) BY SERVING THROUGH ITS REGISTERED AGENT CORPORATION SERVICES COMPANY
251 LITTLE FALLS DRIVE, WILMINGTON DE 19808

    Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on March 4, 2026 in the above cited cause number and court.  The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

TO OFFICER SERVING:

    This citation was issued on March 11, 2026, under my hand and seal of said court.

<u>Issued at the request of:</u>

ARMSTRONG, SCOTT PARKER
2800 NORTH LOOP WEST STE. 900
HOUSTON, TX  77092
832-709-1124
Bar Number: 24092050



*Marilyn Burgess*

Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE, Houston, TX 77002
(PO Box 4651, Houston, TX 77210)

Generated By: WANDA CHAMBERS

Certified Document Number: 125577862 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 6, 2026

Certified Document Number:        125577862 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# EXHIBIT D-8

3/26/2026 1:42 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 112909836
By: Rosa Carrizales
Filed: 3/26/2026 1:42 PM

## CAUSE NO. 2026-14660

| | | |
|---|---|---|
| MARK PERKINS | § | IN THE DISTRICT COURT |
|    Plaintiffs, | § | |
| | § | |
| vs. | § | HARRIS COUNTY, TEXAS |
| | § | |
| NTAF PARTNERS, LTD., TECHTRONIC | § | |
| INDUSTRIES CO. LTD., TECHTRONIC | § | |
| INDUSTRIES NORTH AMERICA, INC., | § | |
| TECHTRONIC INDUSTRIES FACTORY | § | |
| OUTLETS, INC. AND RYOBI SYSTEMS | § | |
| CO. LTD. | § | |
|    Defendants. | § | 270TH JUDICIAL DISTRICT |

## DEFENDANT NTAF PARTNERS, LTD
## ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendant NTAF Partners, LTD. and files this Original Answer to Plaintiff's Original Petition and would respectfully show unto the Court as follows:

### I. GENERAL DENIAL

As authorized by Rule 92 of the Texas Rules of Civil Procedure, Defendant generally denies the allegations contained in Plaintiff's Original Petition, as well as any other amended or supplemental petitions filed hereafter, demands strict proof by a preponderance of the evidence of all Plaintiffs' allegations, and reserves the right to more specifically plead in the future.

### II. PRAYER

Defendant prays that Plaintiff's take nothing by reason of the allegations in Plaintiff's Original Petition, that all claims against Defendant be dismissed and for such other and further relief, special or general, at law or in equity, to which they may show themselves justly entitled to receive.

Certified Document Number: 125823764 - Page 1 of 4

Respectfully submitted,

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.

By: */s/ Raul H. Suazo*
      Raul H. Suazo
      State Bar No. 24003021
      suazo@mdjwlaw.com
808 Travis Street, Suite 1100
Houston, Texas 77002
Telephone:  (713) 632-1700
Facsimile:   (713) 222-0101

**ATTORNEY FOR DEFENDANT,**
**NTAF PARTNERS, LTD.**

Certified Document Number: 125823764 - Page 2 of 4

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to opposing counsel in accordance with the Texas Rules of Civil Procedure on March 26, 2026.

*/s/ Raul H. Suazo*
Raul H. Suazo

Certified Document Number: 125823764 - Page 3 of 4

3

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Marcie Cleveland on behalf of Raul Suazo
Bar No. 24003021
marciec@mdjwlaw.com
Envelope ID: 112909836
Filing Code Description: Answer/ Response / Waiver
Filing Description:
Status as of 3/26/2026 1:59 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Scott Armstrong | | sarmstrong@armstronglee.com | 3/26/2026 1:42:54 PM | SENT |
| Armstrong Lee & Baker LLP Service | | service@armstronglee.com | 3/26/2026 1:42:54 PM | SENT |
| Ryan T.Wagner | | rwagner@armstronglee.com | 3/26/2026 1:42:54 PM | SENT |
| Hannah Bowersmith | | hbowersmith@armstronglee.com | 3/26/2026 1:42:54 PM | SENT |
| Raul H.Suazo | | suazo@mdjwlaw.com | 3/26/2026 1:42:54 PM | SENT |



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 6, 2026

Certified Document Number:        125823764 Total Pages:  4

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

# EXHIBIT D-9

# JUDGE DEDRA DAVIS

270th JUDICIAL DISTRICT COURT
CIVIL COURTS BUILDING
HOUSTON, TEXAS 77002
(832) 927-2270

04/01/2026

DOCKET CALL

TO ALL COUNSEL AND PRO SE PARTIES:
PLEASE BE ADVISED THAT THE 270TH WILL HOLD A VIRTUAL DOCKET CALL
SCHEDULED FOR MONDAY, MARCH 15, 2027, AT 8:00 A.M. FOR THE
MARCH 29, 2027, TRIAL SETTING DOCKET.

DOCKET CALL WILL BE BY ZOOM VIDEO CONFERENCE.
You can use this link below and Meeting ID:
https://justex.zoom.us/j/89316818682
Meeting ID: 893 1681 8682
Dial by your location: +1 346 248 7799 US (Houston)

BE PREPARED TO DISCUSS STATUS OF CASE, CONTINUANCES, TRIAL DAYS
NEEDED, CONFLICTS, OR VACATION LETTERS ON FILE.
PARTIES MUST APPEAR FOR DOCKET CALL.

FAILURE TO APPEAR ON THIS DATE WILL RESULT IN A DISMISSAL
OF THE CASE.

IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT THE COORDINATOR, Erika Lopez,
at 832-927-2251.

DEDRA DAVIS

JUDGE, 270TH DISTRICT COURT

CASE - 202614660          FILED - 20260304      COURT - 270th
TYPE - PRODUCT LIABILITY - OTHER
PERKINS, MARK VS NTAF PARTNERS LTD

6

RYOBI SYSTEMS CO LTD
5900 BALCONES DRIVE STE 100
AUSTIN, TX 78731

JCVG01

Certified Document Number: 125930674 - Page 1 of 6

# JUDGE DEDRA DAVIS
270th JUDICIAL DISTRICT COURT
CIVIL COURTS BUILDING
HOUSTON, TEXAS 77002
(832) 927-2270

04/01/2026

DOCKET CALL

TO ALL COUNSEL AND PRO SE PARTIES:
PLEASE BE ADVISED THAT THE 270TH WILL HOLD A VIRTUAL DOCKET CALL
SCHEDULED FOR MONDAY, MARCH 15, 2027, AT 8:00 A.M. FOR THE
MARCH 29, 2027, TRIAL SETTING DOCKET.

DOCKET CALL WILL BE BY ZOOM VIDEO CONFERENCE.
You can use this link below and Meeting ID:
https://justex.zoom.us/j/89316818682
Meeting ID: 893 1681 8682
Dial by your location: +1 346 248 7799 US (Houston)

BE PREPARED TO DISCUSS STATUS OF CASE, CONTINUANCES, TRIAL DAYS
NEEDED, CONFLICTS, OR VACATION LETTERS ON FILE.
PARTIES MUST APPEAR FOR DOCKET CALL.

FAILURE TO APPEAR ON THIS DATE WILL RESULT IN A DISMISSAL
OF THE CASE.

IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT THE COORDINATOR, Erika Lopez,
at 832-927-2251.

DEDRA DAVIS

JUDGE, 270TH DISTRICT COURT

CASE - 202614660          FILED - 20260304      COURT - 270th
TYPE - PRODUCT LIABILITY - OTHER
PERKINS, MARK VS NTAF PARTNERS LTD

5

TECHTRONIC INDUSTRIES FACTORY OUTLETS INC
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

JCVG01

Certified Document Number: 125930674 - Page 2 of 6

# JUDGE DEDRA DAVIS

270th JUDICIAL DISTRICT COURT
CIVIL COURTS BUILDING
HOUSTON, TEXAS 77002
(832) 927-2270

04/01/2026

DOCKET CALL

TO ALL COUNSEL AND PRO SE PARTIES:
PLEASE BE ADVISED THAT THE 270TH WILL HOLD A VIRTUAL DOCKET CALL
SCHEDULED FOR MONDAY, MARCH 15, 2027, AT 8:00 A.M. FOR THE
MARCH 29, 2027, TRIAL SETTING DOCKET.

DOCKET CALL WILL BE BY ZOOM VIDEO CONFERENCE.
You can use this link below and Meeting ID:
https://justex.zoom.us/j/89316818682
Meeting ID: 893 1681 8682
Dial by your location: +1 346 248 7799 US (Houston)

BE PREPARED TO DISCUSS STATUS OF CASE, CONTINUANCES, TRIAL DAYS
NEEDED, CONFLICTS, OR VACATION LETTERS ON FILE.
PARTIES MUST APPEAR FOR DOCKET CALL.

FAILURE TO APPEAR ON THIS DATE WILL RESULT IN A DISMISSAL
OF THE CASE.

IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT THE COORDINATOR, Erika Lopez,
at 832-927-2251.

DEDRA DAVIS

JUDGE, 270TH DISTRICT COURT

CASE - 202614660          FILED - 20260304      COURT - 270th
TYPE - PRODUCT LIABILITY - OTHER
PERKINS, MARK VS NTAF PARTNERS LTD

Certified Document Number: 125930674 - Page 3 of 6

4

TECHTRONIC INDUSTRIES NORTH AMERICA INC
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

JCVG01

# JUDGE DEDRA DAVIS
270th JUDICIAL DISTRICT COURT
CIVIL COURTS BUILDING
HOUSTON, TEXAS 77002
(832) 927-2270

04/01/2026

DOCKET CALL

TO ALL COUNSEL AND PRO SE PARTIES:
PLEASE BE ADVISED THAT THE 270TH WILL HOLD A VIRTUAL DOCKET CALL
SCHEDULED FOR MONDAY, MARCH15, 2027, AT 8:00 A.M. FOR THE
MARCH 29, 2027, TRIAL SETTING DOCKET.

DOCKET CALL WILL BE BY ZOOM VIDEO CONFERENCE.
You can use this link below and Meeting ID:
https://justex.zoom.us/j/89316818682
Meeting ID: 893 1681 8682
Dial by your location: +1 346 248 7799 US (Houston)

BE PREPARED TO DISCUSS STATUS OF CASE, CONTINUANCES, TRIAL DAYS
NEEDED, CONFLICTS, OR VACATION LETTERS ON FILE.
PARTIES MUST APPEAR FOR DOCKET CALL.

FAILURE TO APPEAR ON THIS DATE WILL RESULT IN A DISMISSAL
OF THE CASE.

IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT THE COORDINATOR, Erika Lopez,
at 832-927-2251.

DEDRA DAVIS

JUDGE, 270TH DISTRICT COURT

CASE - 202614660          FILED - 20260304          COURT - 270th
TYPE - PRODUCT LIABILITY - OTHER
PERKINS, MARK VS NTAF PARTNERS LTD

TECHTRONIC INDUSTRIES CO LTD

3

JCVG01

Certified Document Number: 125930674 - Page 4 of 6

# JUDGE DEDRA DAVIS
270th JUDICIAL DISTRICT COURT
CIVIL COURTS BUILDING
HOUSTON, TEXAS 77002
(832) 927-2270

04/01/2026

DOCKET CALL

TO ALL COUNSEL AND PRO SE PARTIES:
PLEASE BE ADVISED THAT THE 270TH WILL HOLD A VIRTUAL DOCKET CALL
SCHEDULED FOR MONDAY, MARCH 15, 2027, AT 8:00 A.M. FOR THE
MARCH 29, 2027, TRIAL SETTING DOCKET.

DOCKET CALL WILL BE BY ZOOM VIDEO CONFERENCE.
You can use this link below and Meeting ID:
https://justex.zoom.us/j/89316818682
Meeting ID: 893 1681 8682
Dial by your location: +1 346 248 7799 US (Houston)

BE PREPARED TO DISCUSS STATUS OF CASE, CONTINUANCES, TRIAL DAYS
NEEDED, CONFLICTS, OR VACATION LETTERS ON FILE.
PARTIES MUST APPEAR FOR DOCKET CALL.

FAILURE TO APPEAR ON THIS DATE WILL RESULT IN A DISMISSAL
OF THE CASE.

IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT THE COORDINATOR, Erika Lopez,
at 832-927-2251.

DEDRA DAVIS

JUDGE, 270TH DISTRICT COURT

CASE - 202614660          FILED - 20260304        COURT - 270th
TYPE - PRODUCT LIABILITY - OTHER
PERKINS, MARK VS NTAF PARTNERS LTD

24003021

RAUL HERMAN SUAZO
808 TRAVIS STREET, STE. 1100
HOUSTON, TX 77002

JCVG01

Certified Document Number: 125930674 - Page 5 of 6

# JUDGE DEDRA DAVIS
270th JUDICIAL DISTRICT COURT
CIVIL COURTS BUILDING
HOUSTON, TEXAS 77002
(832) 927-2270

04/01/2026

DOCKET CALL

TO ALL COUNSEL AND PRO SE PARTIES:
PLEASE BE ADVISED THAT THE 270TH WILL HOLD A VIRTUAL DOCKET CALL
SCHEDULED FOR MONDAY, MARCH 15, 2027, AT 8:00 A.M. FOR THE
MARCH 29, 2027, TRIAL SETTING DOCKET.

DOCKET CALL WILL BE BY ZOOM VIDEO CONFERENCE.
You can use this link below and Meeting ID:
https://justex.zoom.us/j/89316818682
Meeting ID: 893 1681 8682
Dial by your location: +1 346 248 7799 US (Houston)

BE PREPARED TO DISCUSS STATUS OF CASE, CONTINUANCES, TRIAL DAYS
NEEDED, CONFLICTS, OR VACATION LETTERS ON FILE.
PARTIES MUST APPEAR FOR DOCKET CALL.

FAILURE TO APPEAR ON THIS DATE WILL RESULT IN A DISMISSAL
OF THE CASE.

IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT THE COORDINATOR, Erika Lopez,
at 832-927-2251.

DEDRA DAVIS

JUDGE, 270TH DISTRICT COURT

CASE - 202614660          FILED - 20260304          COURT - 270th
TYPE - PRODUCT LIABILITY - OTHER
PERKINS, MARK VS NTAF PARTNERS LTD

24127319

RYAN THOMAS WAGNER
2800 NORTH LOOP WEST, STE. 900
HOUSTON, TX 77092

JCVG01

Certified Document Number: 125930674 - Page 6 of 6



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   April 6, 2026

Certified Document Number:        125930674 Total Pages:  6

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# EXHIBIT D-10

Case No. 202614660                                           **DCORX**

PERKINS, MARK                            *            IN THE DISTRICT COURT OF

vs.                                      *            HARRIS COUNTY, TEXAS

NTAF PARTNERS LTD                        *            270th JUDICIAL DISTRICT
                                         *

## SCHEDULING AND DOCKET CONTROL ORDER

The Court enters the following Order to control the schedule of this case. Unless otherwise specified, the following items must be completed by the dates listed below. If no date is listed, the item is governed by the Texas Rules of Civil Procedure.

**1. 12/28/2026**   **JOINDER**.   All parties must be added and served, whether by amendment or third-party practice. <u>The party causing the joinder must provide a copy of this Scheduling and Docket Control Order at the time of service to the joined party.</u>

**2.**   **EXPERT WITNESS DESIGNATION**.   Parties must designate expert witnesses and furnish the information set forth under Rule 195.5(a) as follows:

**(a)**   Experts for parties seeking affirmative relief.
**(b)**   All other experts.

**3. 3/15/2027**   **MEDIATION.**   Parties must complete mediation. The parties' failure to mediate will not be grounds for continuance of trial.

**4.**   **DISCOVERY.**   Parties must complete all discovery. Parties seeking discovery must serve requests sufficiently far in advance of the end of the discovery period so that the deadline for responding will be within the discovery period.

**5.**   **DISPOSITIVE MOTIONS.**   Parties must set for hearing all motions or pleas, that if granted by the Court would dispose of all or part of the case, as follows:

**(a) 1/27/2027**   No-evidence motions for summary judgment may only be heard after this date.
**(b) 2/26/2027**   All dispositive motions or pleas must be heard.

**6.**   **CHALLENGES TO EXPERT TESTIMONY**.   All motions to exclude expert testimony must be heard. This Order does not include exclusion based on Rule 193.6.

**7. 2/26/2027**   **PLEADINGS**.   Parties must file all amendments and supplements to pleadings. This Order does not preclude the prompt filing of pleadings directly responsive to any timely filed pleadings.

**8. 3/15/2027**   **DOCKET CALL.**   Parties must be prepared to discuss all aspects of trial with the Court at TIME: 08:00 AM. <u>Failure to appear will be grounds for dismissal for want of prosecution.</u>

**9. 3/29/2027**   **TRIAL.**   This case is set for trial on this date. If not assigned by the second Friday following this date, the case will be reset.

SIGNED   Signed: 4/2/2026

TECHTRONIC INDUSTRIES CO LTD

3

**DEDRA DAVIS**
**JUDGE, 270TH DISTRICT COURT**
**Date Generated: 4/1/2026**          JCVO02

## Standing Order of the 270th District Court
## Requiring Electronic Filing

After reviewing this file, the Court finds that this case is appropriate for electronic filing. Parties to this case are directed to file all papers allowed under the local rules, available at http://www.justex.net, electronically starting 45 days from the date of this order. If any party objects to this order, such objection should be set for hearing or submission within 30 days from the date of this order.

Certified Document Number: 125968707 - Page 2 of 12

Case No. 202614660                                                              **DCORX**

PERKINS, MARK                              *              IN THE DISTRICT COURT OF

vs.                                        *              HARRIS COUNTY, TEXAS

NTAF PARTNERS LTD                          *              270th JUDICIAL DISTRICT
                                           *

## SCHEDULING AND DOCKET CONTROL ORDER

The Court enters the following Order to control the schedule of this case. Unless otherwise specified, the following items must be completed by the dates listed below. If no date is listed, the item is governed by the Texas Rules of Civil Procedure.

**1. 12/28/2026**   **JOINDER**.  All parties must be added and served, whether by amendment or third-party practice. <u>The party causing the joinder must provide a copy of this Scheduling and Docket Control Order at the time of service to the joined party.</u>

**2.**   **EXPERT WITNESS DESIGNATION**.  Parties must designate expert witnesses and furnish the information set forth under Rule 195.5(a) as follows:

**(a)**   Experts for parties seeking affirmative relief.
**(b)**   All other experts.

**3. 3/15/2027**   **MEDIATION.**  Parties must complete mediation. The parties' failure to mediate will not be grounds for continuance of trial.

**4.**   **DISCOVERY.**  Parties must complete all discovery. Parties seeking discovery must serve requests sufficiently far in advance of the end of the discovery period so that the deadline for responding will be within the discovery period.

**5.**   **DISPOSITIVE MOTIONS.**  Parties must set for hearing all motions or pleas, that if granted by the Court would dispose of all or part of the case, as follows:

**(a) 1/27/2027**   No-evidence motions for summary judgment may only be heard after this date.
**(b) 2/26/2027**   All dispositive motions or pleas must be heard.

**6.**   **CHALLENGES TO EXPERT TESTIMONY**.  All motions to exclude expert testimony must be heard. This Order does not include exclusion based on Rule 193.6.

**7. 2/26/2027**   **PLEADINGS**.  Parties must file all amendments and supplements to pleadings. This Order does not preclude the prompt filing of pleadings directly responsive to any timely filed pleadings.

**8. 3/15/2027**   **DOCKET CALL.**  Parties must be prepared to discuss all aspects of trial with the Court at TIME: 08:00 AM. <u>Failure to appear will be grounds for dismissal for want of prosecution.</u>

**9. 3/29/2027**   **TRIAL.**  This case is set for trial on this date. If not assigned by the second Friday following this date, the case will be reset.

SIGNED   Signed: 4/2/2026

TECHTRONIC INDUSTRIES NORTH AMERICA INC                  **DEDRA DAVIS**
251 LITTLE FALLS DRIVE                    4              **JUDGE, 270TH DISTRICT COURT**
WILMINGTON, DE 19808                                     **Date Generated: 4/1/2026**              JCVO02

## Standing Order of the 270th District Court
## Requiring Electronic Filing

      After reviewing this file, the Court finds that this case is appropriate for electronic filing. Parties to this case are directed to file all papers allowed under the local rules, available at http://www.justex.net, electronically starting 45 days from the date of this order. If any party objects to this order, such objection should be set for hearing or submission within 30 days from the date of this order.

Certified Document Number: 125968707 - Page 4 of 12

Case No. 202614660                                     **DCORX**

PERKINS, MARK                          *          IN THE DISTRICT COURT OF
                                       *
vs.                                    *          HARRIS COUNTY, TEXAS
                                       *
NTAF PARTNERS LTD                      *          270th JUDICIAL DISTRICT
                                       *

## SCHEDULING AND DOCKET CONTROL ORDER

The Court enters the following Order to control the schedule of this case. Unless otherwise specified, the following items must be completed by the dates listed below. If no date is listed, the item is governed by the Texas Rules of Civil Procedure.

**1. 12/28/2026**   **JOINDER**.   All parties must be added and served, whether by amendment or third-party practice. <u>The party causing the joinder must provide a copy of this Scheduling and Docket Control Order at the time of service to the joined party.</u>

**2.**   **EXPERT WITNESS DESIGNATION**.   Parties must designate expert witnesses and furnish the information set forth under Rule 195.5(a) as follows:

**(a)**   Experts for parties seeking affirmative relief.
**(b)**   All other experts.

**3. 3/15/2027**   **MEDIATION.**   Parties must complete mediation. The parties' failure to mediate will not be grounds for continuance of trial.

**4.**   **DISCOVERY.**   Parties must complete all discovery. Parties seeking discovery must serve requests sufficiently far in advance of the end of the discovery period so that the deadline for responding will be within the discovery period.

**5.**   **DISPOSITIVE MOTIONS.**   Parties must set for hearing all motions or pleas, that if granted by the Court would dispose of all or part of the case, as follows:

**(a) 1/27/2027**   No-evidence motions for summary judgment may only be heard after this date.
**(b) 2/26/2027**   All dispositive motions or pleas must be heard.

**6.**   **CHALLENGES TO EXPERT TESTIMONY**.   All motions to exclude expert testimony must be heard. This Order does not include exclusion based on Rule 193.6.

**7. 2/26/2027**   **PLEADINGS**.   Parties must file all amendments and supplements to pleadings. This Order does not preclude the prompt filing of pleadings directly responsive to any timely filed pleadings.

**8. 3/15/2027**   **DOCKET CALL.**   Parties must be prepared to discuss all aspects of trial with the Court at TIME: 08:00 AM. <u>Failure to appear will be grounds for dismissal for want of prosecution.</u>

**9. 3/29/2027**   **TRIAL.**   This case is set for trial on this date. If not assigned by the second Friday following this date, the case will be reset.

SIGNED   Signed: 4/2/2026

Certified Document Number: 125968707 - Page 5 of 12

TECHTRONIC INDUSTRIES FACTORY
OUTLETS INC                                    5
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

**DEDRA DAVIS**
**JUDGE, 270TH DISTRICT COURT**
**Date Generated: 4/1/2026**          JCVO02

## Standing Order of the 270th District Court
## Requiring Electronic Filing

After reviewing this file, the Court finds that this case is appropriate for electronic filing. Parties to this case are directed to file all papers allowed under the local rules, available at http://www.justex.net, electronically starting 45 days from the date of this order. If any party objects to this order, such objection should be set for hearing or submission within 30 days from the date of this order.

Certified Document Number: 125968707 - Page 6 of 12

Case No. 202614660

**DCORX**

PERKINS, MARK

vs.

NTAF PARTNERS LTD

\*
\*
\*
\*
\*

IN THE DISTRICT COURT OF

HARRIS COUNTY, TEXAS

270th JUDICIAL DISTRICT

## SCHEDULING AND DOCKET CONTROL ORDER

The Court enters the following Order to control the schedule of this case. Unless otherwise specified, the following items must be completed by the dates listed below. If no date is listed, the item is governed by the Texas Rules of Civil Procedure.

**1. 12/28/2026**  **JOINDER**.  All parties must be added and served, whether by amendment or third-party practice. <u>The party causing the joinder must provide a copy of this Scheduling and Docket Control Order at the time of service to the joined party.</u>

**2.**  **EXPERT WITNESS DESIGNATION**.  Parties must designate expert witnesses and furnish the information set forth under Rule 195.5(a) as follows:

**(a)**  Experts for parties seeking affirmative relief.
**(b)**  All other experts.

**3. 3/15/2027**  **MEDIATION.**  Parties must complete mediation. The parties' failure to mediate will not be grounds for continuance of trial.

**4.**  **DISCOVERY.**  Parties must complete all discovery. Parties seeking discovery must serve requests sufficiently far in advance of the end of the discovery period so that the deadline for responding will be within the discovery period.

**5.**  **DISPOSITIVE MOTIONS.**  Parties must set for hearing all motions or pleas, that if granted by the Court would dispose of all or part of the case, as follows:

**(a) 1/27/2027**  No-evidence motions for summary judgment may only be heard after this date.
**(b) 2/26/2027**  All dispositive motions or pleas must be heard.

**6.**  **CHALLENGES TO EXPERT TESTIMONY**.  All motions to exclude expert testimony must be heard. This Order does not include exclusion based on Rule 193.6.

**7. 2/26/2027**  **PLEADINGS**.  Parties must file all amendments and supplements to pleadings. This Order does not preclude the prompt filing of pleadings directly responsive to any timely filed pleadings.

**8. 3/15/2027**  **DOCKET CALL.**  Parties must be prepared to discuss all aspects of trial with the Court at TIME: 08:00 AM. <u>Failure to appear will be grounds for dismissal for want of prosecution.</u>

**9. 3/29/2027**  **TRIAL.**  This case is set for trial on this date. If not assigned by the second Friday following this date, the case will be reset.

SIGNED  Signed: 4/2/2026

RYOBI SYSTEMS CO LTD
5900 BALCONES DRIVE STE 100
AUSTIN, TX 78731

6

**DEDRA DAVIS**
**JUDGE, 270TH DISTRICT COURT**
**Date Generated: 4/1/2026**

JCVO02

Certified Document Number: 125968707 - Page 7 of 12

## Standing Order of the 270th District Court
## Requiring Electronic Filing

After reviewing this file, the Court finds that this case is appropriate for electronic filing. Parties to this case are directed to file all papers allowed under the local rules, available at http://www.justex.net, electronically starting 45 days from the date of this order. If any party objects to this order, such objection should be set for hearing or submission within 30 days from the date of this order.

Certified Document Number: 125968707 - Page 8 of 12

Case No. 202614660

**DCORX**

PERKINS, MARK

vs.

NTAF PARTNERS LTD

\* 

\* 

\* 

\* 

\*

IN THE DISTRICT COURT OF

HARRIS COUNTY, TEXAS

270th JUDICIAL DISTRICT

## SCHEDULING AND DOCKET CONTROL ORDER

The Court enters the following Order to control the schedule of this case. Unless otherwise specified, the following items must be completed by the dates listed below. If no date is listed, the item is governed by the Texas Rules of Civil Procedure.

**1. 12/28/2026**    **JOINDER.**  All parties must be added and served, whether by amendment or third-party practice. The party causing the joinder must provide a copy of this Scheduling and Docket Control Order at the time of service to the joined party.

**2.**    **EXPERT WITNESS DESIGNATION.**  Parties must designate expert witnesses and furnish the information set forth under Rule 195.5(a) as follows:

**(a)**    Experts for parties seeking affirmative relief.
**(b)**    All other experts.

**3. 3/15/2027**    **MEDIATION.**  Parties must complete mediation. The parties' failure to mediate will not be grounds for continuance of trial.

**4.**    **DISCOVERY.**  Parties must complete all discovery. Parties seeking discovery must serve requests sufficiently far in advance of the end of the discovery period so that the deadline for responding will be within the discovery period.

**5.**    **DISPOSITIVE MOTIONS.**  Parties must set for hearing all motions or pleas, that if granted by the Court would dispose of all or part of the case, as follows:

**(a) 1/27/2027**    No-evidence motions for summary judgment may only be heard after this date.
**(b) 2/26/2027**    All dispositive motions or pleas must be heard.

**6.**    **CHALLENGES TO EXPERT TESTIMONY.**  All motions to exclude expert testimony must be heard. This Order does not include exclusion based on Rule 193.6.

**7. 2/26/2027**    **PLEADINGS.**  Parties must file all amendments and supplements to pleadings. This Order does not preclude the prompt filing of pleadings directly responsive to any timely filed pleadings.

**8. 3/15/2027**    **DOCKET CALL.**  Parties must be prepared to discuss all aspects of trial with the Court at TIME: 08:00 AM. Failure to appear will be grounds for dismissal for want of prosecution.

**9. 3/29/2027**    **TRIAL.**  This case is set for trial on this date. If not assigned by the second Friday following this date, the case will be reset.

SIGNED    Signed: 4/2/2026

RAUL HERMAN SUAZO
808 TRAVIS STREET, STE. 1100
HOUSTON, TX 77002

24003021

**DEDRA DAVIS**
**JUDGE, 270TH DISTRICT COURT**
**Date Generated: 4/1/2026**

JCVO02

Certified Document Number: 125968707 - Page 9 of 12

## Standing Order of the 270th District Court
## Requiring Electronic Filing

After reviewing this file, the Court finds that this case is appropriate for electronic filing. Parties to this case are directed to file all papers allowed under the local rules, available at http://www.justex.net, electronically starting 45 days from the date of this order. If any party objects to this order, such objection should be set for hearing or submission within 30 days from the date of this order.

Certified Document Number: 125968707 - Page 10 of 12

Case No. 202614660                                                    **DCORX**

PERKINS, MARK                          *          IN THE DISTRICT COURT OF

vs.                                    *          HARRIS COUNTY, TEXAS

NTAF PARTNERS LTD                      *          270th JUDICIAL DISTRICT
                                       *

## SCHEDULING AND DOCKET CONTROL ORDER

The Court enters the following Order to control the schedule of this case. Unless otherwise specified, the following items must be completed by the dates listed below. If no date is listed, the item is governed by the Texas Rules of Civil Procedure.

**1. 12/28/2026**   **JOINDER**.  All parties must be added and served, whether by amendment or third-party practice. <u>The party causing the joinder must provide a copy of this Scheduling and Docket Control Order at the time of service to the joined party.</u>

**2.**               **EXPERT WITNESS DESIGNATION**.  Parties must designate expert witnesses and furnish the information set forth under Rule 195.5(a) as follows:

**(a)**              Experts for parties seeking affirmative relief.
**(b)**              All other experts.

**3. 3/15/2027**     **MEDIATION.**  Parties must complete mediation. The parties' failure to mediate will not be grounds for continuance of trial.

**4.**               **DISCOVERY.**  Parties must complete all discovery. Parties seeking discovery must serve requests sufficiently far in advance of the end of the discovery period so that the deadline for responding will be within the discovery period.

**5.**               **DISPOSITIVE MOTIONS.**  Parties must set for hearing all motions or pleas, that if granted by the Court would dispose of all or part of the case, as follows:

**(a) 1/27/2027**    No-evidence motions for summary judgment may only be heard after this date.
**(b) 2/26/2027**    All dispositive motions or pleas must be heard.

**6.**               **CHALLENGES TO EXPERT TESTIMONY**.  All motions to exclude expert testimony must be heard. This Order does not include exclusion based on Rule 193.6.

**7. 2/26/2027**     **PLEADINGS**.  Parties must file all amendments and supplements to pleadings. This Order does not preclude the prompt filing of pleadings directly responsive to any timely filed pleadings.

**8. 3/15/2027**     **DOCKET CALL.**  Parties must be prepared to discuss all aspects of trial with the Court at TIME: 08:00 AM. <u>Failure to appear will be grounds for dismissal for want of prosecution.</u>

**9. 3/29/2027**     **TRIAL.**  This case is set for trial on this date. If not assigned by the second Friday following this date, the case will be reset.

SIGNED    Signed: 4/2/2026

Certified Document Number: 125968707 - Page 11 of 12

RYAN THOMAS WAGNER                                        **DEDRA DAVIS**
2800 NORTH LOOP WEST, STE. 900        24127319           **JUDGE, 270TH DISTRICT COURT**
HOUSTON, TX 77092                                         **Date Generated: 4/1/2026**                JCVO02

**Standing Order of the 270th District Court
Requiring Electronic Filing**

After reviewing this file, the Court finds that this case is appropriate for electronic filing. Parties to this case are directed to file all papers allowed under the local rules, available at http://www.justex.net, electronically starting 45 days from the date of this order. If any party objects to this order, such objection should be set for hearing or submission within 30 days from the date of this order.

Certified Document Number: 125968707 - Page 12 of 12



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   April 6, 2026

Certified Document Number:        125968707 Total Pages:  12

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**